IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLLY BRICK,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of<br>Social Security,<br><br>        Defendant. | **8:25CV558**<br><br><br>**MEMORANDUM**<br>**AND ORDER** |

This matter is before the Court on plaintiff Molly Brick's ("Brick") Petition for Attorney's Fees (Filing No. 16) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). That statute authorizes the Court to award "fees and other expenses" to a prevailing party in any civil action "brought by or against the United States," unless the Court determines the government's position in the case was "substantially justified or that special circumstances make an award unjust." *Id.* § 2412(d)(1)(A).

Brick's motion follows this Court's Order (Filing No. 14) granting defendant Frank Bisignano's, Commissioner of Social Security ("Commissioner"), Unopposed Motion to Reverse and Remand (Filing No. 12) his prior denial of Brick's claim for disability benefits under Title II of the Social Security Act ("Act"), 42 U.S.C. § 401 *et seq.* In that Order, the Court remanded Brick's case for further proceedings pursuant to sentence four of section 205(g) of the Act, 42 U.S.C. § 405(g).

Given that success, Brick requests an award of EAJA attorney fees in the amount of $777.02, arguing the Commissioner's position "was not substantially justified" under § 2412(d)(1)(A). Her requested award reflects 2.5 hours of attorney work in 2025 at $258.46 per hour and .5 hour of attorney work in 2026 at $261.74 per hour. The Commissioner "does not object to an award of attorney fees in this amount" but notes it may be subject to offset under *Astrue v. Ratliff*, 560 U.S. 586, 593 (2010).

The Court has carefully reviewed the record in this case, including Brick's clear documentation of her counsel's billable hours and rates.  Based on that review, the Court finds Brick is a prevailing party entitled to an EAJA fee award of $777.02 to be paid by the Social Security Administration.  Brick meets the EAJA's statutory requirements, *see* 28 U.S.C. § 2412(d)(1)(A), and her attorney-fee request is timely,[1] reasonable, and supported by the record.  Although the EAJA award is payable to Brick, it can be sent to her counsel for distribution as she requests.  *See Ratliff*, 560 U.S. at 589-90.

Accordingly,

IT IS ORDERED:

1.   Plaintiff Molly Brick's petition for attorney fees (Filing No. 16) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), is granted.

2.   Brick is awarded attorney fees in the amount of $777.02.

3.   The Social Security Administration shall make the fee award payable to Brick and deliver the payment to the Kappelman Law Firm at its address of record.

4.   A separate judgment will issue.

Dated this 13th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

---

[1]A prevailing party requesting an EAJA fee award based on a remand under sentence four of 42 U.S.C. § 405(g) must apply no later than thirty days after the judgment has been entered and the appeal period has run such that the judgment is no longer appealable. *See Pottsmith v. Barnhart*, 306 F.3d 526, 527-28 (8th Cir. 2002); *see also Shalala v. Schaefer*, 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 94-97 (1991).