IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLLY BRICK, | |
| Plaintiff, | **8:25CV558** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Memorandum and Order entered today (Filing No. 18), judgment is entered in favor of plaintiff Molly Brick and against defendant Frank Bisignano, Commissioner of Social Security, in the amount of $777.02 in attorney fees.

Dated this 13th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge